UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY JOYCE SMITH, )
   1402 Baytree Trail )
   Mitchellville, MD 20721, )
)
       Plaintiff, )
)
       v. ) Civil Action No. _____
)
SHEILA C. BAIR, )
   Chairwoman, )
   Federal Deposit Insurance Corporation, )
   550 17th Street, N.W. )
   Washington, D.C. 20429, )
)
       Defendant. )

## COMPLAINT
(Employment Discrimination)

### Introduction

1. Plaintiff Mary Joyce Smith brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Act of 1972 and the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e *et seq.*, and 42 U.S.C. § 1981a ("Title VII"), and pursuant to the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 633a ("ADEA"), to remedy discrimination in employment practices by the Federal Deposit Insurance Corporation ("FDIC") based on her race (African-American), color (black), sex (female), and age (over 40).

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to provisions of Title VII and of the ADEA, namely 42 U.S.C. § 2000e-16(c) and 29 U.S.C. §

633a(c), plaintiff having exhausted her available administrative remedies by receiving a final agency decision on her administrative discrimination complaint (FDICEO-050066) on May 2, 2007 -- within 90 days of the filing of the instant complaint.

### Venue

3.      Venue is proper in this judicial district under 28 U.S.C. Section 1391(b) and 42 U.S.C. Section 2000e-5(f)(3), as the incidents complained of herein occurred within the District of Columbia.

### Parties

4.      Plaintiff Mary Joyce Smith is an African American female citizen of the United States, born on August 30, 1955. At the time of the events giving rise to this Complaint, plaintiff was employed by the Federal Deposit Insurance Corporation at the CG-15 level with an official work site at the Federal Deposit Insurance Corporation's offices at 1730 Pennsylvania Avenue, N.W., Washington, D.C.

5.      Defendant Sheila C. Bair is the Chairwoman of the Federal Deposit Insurance Corporation ("FDIC"), an independent government corporation within the Executive Branch of the Government of the United States that has had more than 500 employees in 20 or more calendar weeks during the past year. It is managed by a five-member board of directors appointed by the President and confirmed by the Senate. As Chairwoman of the FDIC, Ms. Bair is the head of the FDIC and is responsible for the personnel actions, omissions and practices there. Ms. Bair is here sued only in her official capacity as head of the FDIC.

## Statement of Facts

6.  Plaintiff worked for the FDIC for over twenty-nine years prior to her termination on September 3, 2005. At the time of the termination, plaintiff was a CG-1101-15 Resolutions and Receiverships Specialist in the Franchise and Asset Marketing Branch of the Resolutions and Receivership Division of the FDIC. She was the only black female CG-15 in the Resolutions and Receiverships Division. She had been a grade 15 employee since 1991.

7.  In 2005, all Resolutions and Receiverships Specialist positions at the grade 11 through grade 15 levels were "abolished" during a reorganization and reduction in force ("RIF"), including plaintiff's CG-15 position. Plaintiff was competitive for twenty positions that "survived" the reorganization or were "created by" by it, and she was referred on all of them to the all-white selection panel. Despite being rated qualified and being referred for all these positions, and despite her seniority, experience, and superior ability, plaintiff was rejected in favor of other candidates for each of these "vacant" positions -- each being filled by a white male employee, except for one CG-12 job that went to a black male, with the selectees being overwhelmingly younger than plaintiff.

8.  On June 30, 2005, FDIC notified plaintiff that she did not have an assignment right to another position and that, as a consequence, she would be terminated effective at the beginning of September. In fact, plaintiff was forced to leave FDIC's employ in September 2005, and retired from federal employment at that time as a result of her forced separation.

## Statement of Claim

9.  FDIC management's refusal to place plaintiff into a permanent position following the reorganization and its "abolishment" of her job was as a direct consequence of her race, color,

sex and age. Thus did defendant, through her subordinate managers at FDIC, violated Title VII and the ADEA with regard to plaintiff's employment.

10. As a direct and proximate result of defendant's violation of Title VII and the ADEA in having discriminated against her, plaintiff has suffered and continues to suffer economic loss in the form of lost pay and other benefits of employment and damage to her career, as well as incurring legal expenses and related costs. In addition, plaintiff has suffered and continues to suffer emotional and mental distress and personal and professional humiliation which has diminished her enjoyment of life and caused her additional pain and suffering.

### Prayer for Relief

Plaintiff requests that the Court enter an order declaring that:

(a) Plaintiff was not selected for and placed in a permanent position at FDIC following the reorganization, and was consequently terminated from the FDIC's employment and forced to retire from federal service, as a consequence of her race, color, gender, and age; and

(b) As a consequence of defendant's intentional acts of discrimination complained of herein, plaintiff has experienced and will continue to experience in the future, economic losses in the form of lost earnings and legal expenses, as well as permanent career damage, extreme personal and professional humiliation, mental anguish and emotional distress;

Plaintiff further requests that the Court:

(c) Enter an order enjoining defendant from any future acts of discrimination and any retaliation against plaintiff;

(d) Order defendant to assign plaintiff to a CM-1 position, retroactive to September 3, 2005;

(e)     Order defendant to provide plaintiff with all within grade pay increases and statutory pay increases, as well as awards and bonuses, to which she would have been entitled had she held a CM-1 position on September 3, 2005 and thereafter, and had she performed her CM-1 job in a recognized outstanding manner;

(f)     Order defendant to provide plaintiff with all back pay, and all related benefits of employment due as a result of the retroactive promotions, pay increases, bonuses, and awards provided, and to pay pre- and post-judgment interest on such back pay;

(g)     Order defendant to correct its records, including plaintiff's official personnel folder ("OPF"), to reflect the relief ordered by the Court;

(h)     Award plaintiff compensatory damages against defendant for unlawful discrimination in the amount of $300,000.00 plus interest thereon;

(i)     Award plaintiff the costs of bringing and maintaining this civil action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. 2000e-5(k) and the ADEA; and

(j)     award such other and further relief as the interests of justice may require.

## Jury Demand

Plaintiff hereby requests a jury trial on all issues of fact and damages.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. (202) 483-0300
FAX (202) 842-1418
email -- dhshapiro@swickandshapiro.com

Attorney for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I (a) PLAINTIFFS
MARY JOYCE SMITH

### DEFENDANTS
SHEILA C. BAIR,
Chairwoman,
Federal Deposit Insurance Corporation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

David H. Shapiro, SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005          (202)842-0300

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ◉ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII Civ Rights Act 64', amnded by Eql Emplymnt Act 72' & Civ Rights Act 91', 42 U.S.C. §§ 2000e et seq, 42 U.S.C. § 1981a, prsunt Age Discriminati

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ 300,000+ fees and other remedies  Check YES only if demanded in complaint
JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 07/23/07  SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.