UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JOYCE SMITH,<br>  1402 Baytree Trail<br>  Mitchellville, MD 20721,<br><br>       Plaintiff,<br><br>       v.<br><br>SHEILA C. BAIR,<br>  Chairwoman,<br>  Federal Deposit Insurance Corporation,<br>  550 17th Street, N.W.<br>  Washington, D.C. 20429,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. **1:07-cv-1356**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF SERVICE**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* [signature]    B. Date of Delivery<br>C. Signature<br>X    JUL 3 1 2007    ☐ Agent   ☐ Addressee |
| 1. Article Addressed to:<br><br>norable Alberto Gonzales,<br>orney General of the United States<br>. Department of Justice<br>h Street & Constitution Avenue, N.W.<br>shington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered    ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7099 3400 0011 3693 1831 | |

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-178