UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARY JOYCE SMITH,**<br>   1402 Baytree Trail<br>   Mitchellville, MD 20721,<br><br>            **Plaintiff,**<br><br>           v.<br><br>**SHEILA C. BAIR,**<br>   Chairwoman,<br>   Federal Deposit Insurance Corporation,<br>   550 17th Street, N.W.<br>   Washington, D.C.  20429,<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>**Civil Action No.  <u>1:07-cv-1356</u>** |

**<u>PROOF OF SERVICE</u>**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>*[signature]*<br>C. Signature<br>X  AUG 0 1 2007   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>frey A. Taylor<br>. Attorney for the District of Columbia<br>liciary Center<br>Fourth Street, N.W.<br>ishington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0011 3693 1848 | |

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789