UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY JOYCE SMITH,<br>    1402 Baytree Trail<br>    Mitchellville, MD 20721,<br><br>            Plaintiff,<br><br>        v.<br><br>SHEILA C. BAIR,<br>    Chairwoman,<br>    Federal Deposit Insurance Corporation,<br>    550 17th Street, N.W.<br>    Washington, D.C.  20429,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. <u>**1:07-cv-1356**</u> |

**PROOF OF SERVICE**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) _Barbara A. Green_  B. Date of Delivery _8/2/07_<br>C. Signature<br>X _Barbara A. Green_  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>SHEILA C. BAIR,<br>Chairwoman,<br>Federal Deposit Insurance Corporation,<br>550 17th Street, N.W.<br>Washington, D.C. 20429 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0011 3693 1855 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789