UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY JOYCE SMITH,<br>    1402 Baytree Trail<br>    Mitchellville, MD 20721,<br><br>        Plaintiff,<br><br>    v.<br><br>SHEILA C. BAIR,<br>    Chairwoman,<br>    Federal Deposit Insurance Corporation,<br>    550 17th Street, N.W.<br>    Washington, D.C. 20429,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-CV-1356<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff moves the Court for an enlargement of time of 11 business days to file her opposition to Defendant's Motion to Dismiss, to and including October 22, 2007. Plaintiff's opposition is currently due on October 5, 2007.

The reason for Plaintiff's motion is that her counsel has been inundated with the press of other business, including, but not limited to extensive depositions in the matter of *Donaldson v. TSA*, EEOC No. 480-2007-00210X. Plaintiff's counsel was out of town conducting depositions last week in the matter of *Perkins v. Nicholson*, EEOC No. 530-2007-00304X. Additionally, this week Plaintiff's counsel had to prepare and submit a post-trial petition in the matter of *Adams v. Peters*, C.A.No. 04-0856 (D.D.C.) and submit briefs in the matters of *Montgomery v. Chao*, Appeal No. 07-5255 and *Ginger v. District of Columbia*, Appeal No. 07-7054.

Counsel for defendant has indicated that defendant consents to the enlargement of time sought in this motion.

Respectfully submitted,

_____/S/_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY JOYCE SMITH,**<br>    1402 Baytree Trail<br>    Mitchellville, MD 20721,<br><br>                    **Plaintiff,**<br><br>            v.<br><br>**SHEILA C. BAIR,**<br>    Chairwoman,<br>    Federal Deposit Insurance Corporation,<br>    550 17th Street, N.W.<br>    Washington, D.C. 20429,<br><br>                    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-CV-1356<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

UPON CONSIDERATION of plaintiff's consent motion for an enlargement to file the opposition to defendant's motion to dismiss, it is by the Court on this ___ day of October, 2007, hereby

**ORDERED** that plaintiff's consent motion for an enlargement of time of 11 business days in which to file the opposition to defendant's motion to dismiss, up to and including Monday, October 22, 2007, is hereby GRANTED.

**IT IS FURTHER ORDERED** that plaintiff will file the opposition to defendant's motion to dismiss by October 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005

Stephen J. Kessler
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-6014
Arlington, VA 22226

William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-6006
Arlington, VA 22226