UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY JOYCE SMITH,**<br>　1402 Baytree Trail<br>　Mitchellville, MD 20721,<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**SHEILA C. BAIR,**<br>　Chairwoman,<br>　Federal Deposit Insurance Corporation,<br>　550 17th Street, N.W.<br>　Washington, D.C. 20429,<br><br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-CV-1356<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff moves the Court for an enlargement of time of 10 days to file her opposition to Defendant's Motion to Dismiss, to and including November 01, 2007. Plaintiff's opposition is currently due on October 22, 2007.

The reason for Plaintiff's motion is that her counsel has been inundated with the press of other business, including, but not limited to extensive trial preparation in the matter of *Czekalski v. Peters*, C.A.No. 02-1403 (D.D.C.). Additionally, Plaintiff's counsel has been preparing and submitting briefs in the matters of *Donaldson v. TSA*, EEOC No. 480-2007-00210X and *Jeffers v. Chao*, C.A.No. 03-1762 (D.D.C.).

Counsel for defendant has indicated that defendant consents to the enlargement of time sought in this motion.

        Respectfully submitted,


        _____/S/_____
        David H. Shapiro
        D.C. Bar No. 961326
        SWICK & SHAPIRO, P.C.
        1225 Eye Street N.W.
        Suite 1290
        Washington, D.C. 20005
        (202) 842-0300

        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY JOYCE SMITH,**<br>  1402 Baytree Trail<br>  Mitchellville, MD 20721,<br><br>            **Plaintiff,**<br><br>       v.<br><br>**SHEILA C. BAIR,**<br>  Chairwoman,<br>  Federal Deposit Insurance Corporation,<br>  550 17th Street, N.W.<br>  Washington, D.C.  20429,<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-CV-1356 |

## O R D E R

UPON CONSIDERATION of plaintiff's consent motion for an enlargement to file the opposition to defendant's motion to dismiss, it is by the Court on this ___ day of October, 2007, hereby

**ORDERED** that plaintiff's consent motion for an enlargement of time of 10 days in which to file the opposition to defendant's motion to dismiss, up to and including Tuesday, November 01, 2007, is hereby GRANTED.

**IT IS FURTHER ORDERED** that plaintiff will file the opposition to defendant's motion to dismiss by November 01, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005

Stephen J. Kessler
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-6014
Arlington, VA 22226

William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-6006
Arlington, VA 22226