UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY JOYCE SMITH,              )<br>                                             )<br>        Plaintiff,                    )<br>                                             )<br>    v.                                   )     Civil Action No.  1:07-CV-1356<br>                                             )<br>SHEILA C. BAIR,                 )<br>   Chairwoman,                   )<br>   Federal Deposit Insurance Corporation,   )<br>                                             )<br>        Defendant.                )<br>                                             ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), plaintiff, through counsel, hereby dismisses the above-captioned matter.

Respectfully submitted,

/S/
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff